435 A.2d 261

School District of Philadelphia v. Gurmankin, Appellant.

642

 Argued December 1, 1980. Judith Gurmankin, appellant, in propria persona; Robert T. Lear, for appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

Order affirmed.